385-04/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV1551)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERES N.V.,

          Plaintiff,

-against-

CITGO ASPHALT REFINING
COMPANY; CITGO PETROLEUM
CORPORATION; NUSTAR ASPHALT
REFINING LLC and NUSTAR
MARKETING LLC,

          Defendants.

*UNDER TEMPORARY SEAL*

08 Civ.7313 (VM)

**STIPULATION AND ORDER DIRECTING UN-SEALING OF COURT RECORD**

WHEREAS this case was placed under seal pursuant to an Order dated August 15, 2008; and,

WHEREAS the conditions under which the case was to be un-sealed have occurred;

IT IS HEREBY ORDERED that the Clerk of Court is directed to un-seal the file and place pleadings on the docket.

So Ordered: 5 January 2009

          U.S.D.J. **Victor Marrero**

NYDOCS1/320651.1

Dated: New York, New York
December __, 2008

The parties hereto consent to entry of this Order.

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff ERES N.V.

By: _____
Peter J. Gutowski (PG 2200)
80 Pine Street
New York, NY 10005
(212) 425-1900
gutowski@freehill.com


DLA PIPER LLP (US)
Attorneys for Defendant
NuStar Marketing LLC

By: _____
Stanley McDermott III
1251 Avenue of the Americas,
New York, New York 10020-1104
(212) 335-4790
stanley.mcdermott@dlapiper.com


HOGAN & HARTSON LLP
Attorneys for Defendants
Citgo Asphalt Refining Company and
Citgo Petroleum Corporation

By: _____
Paul D. Sarkozi
875 Third Avenue
New York, New York 10022
(212) 918-3000
pdsarkozi@hhlaw.com

NYDOCS1/320651.1